FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2021 NOV 17 AM 10: 19

CASE NO.

-------------------------------------X

HENRY DANISH,

      Plaintiff,

-against-              **COMPLAINT**

MATTHEW J. BOHANNON,

      Defendant.

-------------------------------------X

  Plaintiff, Henry Danish, ("Danish"), through his undersigned counsel, hereby alleges as follows, on personal knowledge as to his own acts and otherwise on information and belief:

  1.  Plaintiff is a domiciliary of the State of Florida.

  2.  On information and belief, defendant, Matthew J. Bohannon ("Bohannon"), is a domiciliary of the State of Kentucky.

  3.  In this lawsuit, Danish seeks repayment of a loan in the amount of $600,000.00 made to Bohannon in connection with the purchase of an interest in Bookthatdoc.com, LLC, a Florida Limited Liability Company.

## JURISDICTION AND VENUE

  4.  The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

  5.  For diversity purposes, Plaintiff and Defendant are citizens of different states in that Danish is a citizen of Florida and Bohannon is, upon information and belief, a citizen of the state of Kentucky.

Q215.001/00833792 v1
104016481v.6

6. Venue is proper in this district pursuant to 28 U.S.C. 1391(b)(2) in that a substantial part of the events or omissions giving rise to the claim occurred in this district.

7. Venue is also proper in this district given that the Operating Agreement of Bookthatdoc.com, LLC designates any "Florida or federal court sitting in Orange County, Florida" as the mandatory venue for suits arising out of that agreement.

## FACTS

8. On or about March 1, 2012, Danish and Bohannon entered into an oral agreement pursuant to which Danish loaned Bohannon $600,000.00 to allow Bohannon to purchase an interest in Bookthatdoc.com.

9. Pursuant to the oral agreement, the money was to be repaid on demand.

10. On or about November, 2017, after Danish demanded repayment of the loan, Danish and Bohannon entered into a second oral agreement, pursuant to which Danish agreed to forego collection of the loan so long as Bohannon paid him $300.00 monthly.

11. On or about February, 2020, Bohannon ceased payment of the $300.00 monthly payments, and has since refused to make the payments, despite due demand therefor.

## COUNT I
### (Breach of Contract)

12. Danish realleges each of the foregoing paragraphs of the complaint as though fully set forth herein.

13. Bohannon has breached the oral agreement and owes Danish the sum of $600,000.00, minus payments previously made.

WHEREFORE, plaintiff, Danish, demands judgment in its favor and against defendant, Bohannon, in the amount of $600,000.00, less amounts previously paid, together with the costs and disbursements of this action.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury of all issues so triable.

By: _Henry Donyh_
950 Beresford Way
Lake Mary, FL 32746
407 619-1679